1  BENJAMIN WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8937
       Facsimile: (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| GENESIS SANTIAGO,       )<br>                         )<br>     Plaintiff,         )<br>                         )<br>     v.                  )<br>                         )<br> MICHAEL J. ASTRUE,      )<br> Commissioner of Social Security, )<br>                         )<br>     Defendant.         )<br> _____) | CIVIL NO. 2:09-CV-00795 EFB<br><br>STIPULATION AND ORDER TO EXTEND TIME |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have an extension of time of 16 days to respond to Plaintiff's Opening Brief up to and including February 19, 2010. This extension is being sought because the undersigned counsel for the Commissioner has had 4 district court briefs due the week of February 1-5, 2010 plus a Ninth Circuit mediation conference. She also has 2 Ninth Circuit briefs and 4 more district court briefs due between February 8 and 19, 2010.

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: February 4, 2010

*/s/Ann M. Cerney*
_____
ANN M. CERNEY
(as authorized via email)
Attorney at Law

Attorney for Plaintiff

Dated: February 4, 2010

BENJAMIN WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Elizabeth Firer*
_____
ELIZABETH FIRER
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: February 5, 2010.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE