ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | |
|---|---|
| GENESIS SANTIAGO, | CASE NO. 2:09-CV-00795-EFB |
| Plaintiff, | **ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the stipulation of the parties, Plaintiff's request for an extension of time to reply to Defendant's Cross-Motion For Summary Judgment is APPROVED.

Plaintiff shall file his reply on or before April 5, 2010.

SO ORDERED.

DATED: March 30, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE