IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GENESIS C. SANTIAGO,

       Plaintiff,                     No. CIV S-09-795 EFB

      vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.              ORDER
_____/

     On December 1, 2010, plaintiff filed a motion for attorneys' fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1). Dckt. No. 25. Thereafter, defendant filed a statement of non-opposition to the motion. Dckt. No. 26. However, defendant noted a discrepancy in the amounts plaintiff requested. *Id.* Specifically, defendant noted that plaintiff's motion sought $4,992.06 in fees, while the supporting memorandum identified the amount requested as $4,757.05. *Id.* Accordingly, defendant argued that "this Court should award the lower, and more often identified, amount [of $4,757.05]." *Id.* at 2.

     On February 1, 2011, plaintiff filed a corrected motion for attorneys' fees, clarifying that the amount of fees sought is $4757.05. Dckt. No. 27. In light of defendant's non-opposition to the motion, the motion will be granted.

////

1

Case 2:09-cv-00795-EFB   Document 28   Filed 02/15/11   Page 2 of 2

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for attorney's fees, Dckt. No. 27, is granted;

2. Plaintiff is awarded attorney's fees under the EAJA in the amount of $4757.05; and

3. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2010 WL 2346547 (2010), any payment shall be made payable to plaintiff and delivered to plaintiff's counsel, unless plaintiff does not owe a federal debt. If the United States Department of the Treasury determines that plaintiff does not owe a federal debt, the government shall accept plaintiff's assignment of EAJA Fees and pay fees directly to plaintiff's counsel.

DATED: February 15, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2